**Query**  **Reports**  **Utilities**  **Help**  **What's New**  **Log Out**

CASE-CLOSED,NEWBERN

# U.S. District Court
# Middle District of Tennessee (Nashville)
# CIVIL DOCKET FOR CASE #: 3:22-cv-00301

Cummings v. Keefer et al
Assigned to: Chief Judge Waverly D. Crenshaw, Jr
Referred to: Magistrate Judge Alistair Newbern
Case in other court: Davidson County Circuit Court, 22C546
Cause: 28:1442 Notice of Removal- Breach of Contract

Date Filed: 04/26/2022
Date Terminated: 03/13/2023
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Federal Question

**Plaintiff**

**Brian Cummings**    represented by    **Elizabeth S. Tipping**
Counterpoint Legal, PLC
Nashville
2689 Union Hill Rd
Joelton, TN 37080
615-425-5566
Email: liz@counterpointlaw.com
*ATTORNEY TO BE NOTICED*

**James William Price , Jr.**
James W. Price, JR.
214 2nd Ave. N.
Suite 205
Nashville, TN 37201
615-244-5772
Fax: 615-244-5821
Email: jprice@pricehillkolarich.com
*TERMINATED: 11/04/2022*
*ATTORNEY TO BE NOTICED*

**Kristen M. Shields**
Cotney Construction Law LLP
Nashville
3201 Trevor St.
Suite 300
Nashville, TN 37209
(615) 657-4107
Fax: (813) 902-7612
Email: kristen@counterpointlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Bretton Keefer**
*on behalf of the deceased Chesta Shoemaker*

**Defendant**

| | |
|---|---|
| **Jeanne Burton**<br>*as Trustee on behalf of Cummings Manookian, PLC* | represented by **Phillip G. Young , Jr.**<br>Thompson Burton PLLC<br>1801 West End Avenue<br>Suite 1550<br>Nashville, TN 37203<br>(615) 465-6008<br>Fax: (615) 807-3048<br>Email: phillip@thompsonburton.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Afsoon Hagh**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/26/2022 | 1 | NOTICE OF REMOVAL by Jeanne Burton from Davidson County Circuit Court, case number 22C546. ( Filing fee $ 402 receipt number ATNMDC-3583537) (Attachments: # 1 Attachment - State Court Pleadings, # 2 Attachment - Civil Cover Sheet)(kc) (Entered: 04/26/2022) |
| 04/26/2022 | 2 | MOTION to Remand to Bankruptcy Court *(Motion to Refer Case to Bankruptcy Court and Supporting Brief)* by Jeanne Burton. (Attachments: # 1 Attachment Proposed Order)(Young, Phillip) (Entered: 04/26/2022) |
| 04/27/2022 | 3 | NOTICE OF ADMINISTRATIVE ORDER NO. 217 to parties re obligation of counsel to keep Court apprised of current contact information. (kc) (Entered: 04/27/2022) |
| 04/27/2022 | 4 | NOTICE/INFORMATION regarding Consent of the Parties to the Magistrate Judge. (kc) (Entered: 04/27/2022) |
| 04/27/2022 |  | TN State Bar status verified as active for Phillip G. Young, Jr and James William Price, Jr **admitted to this court**. (kc) (Entered: 04/27/2022) |
| 04/27/2022 | 5 | NOTICE of Initial Case Management Conference by Telephone is set for 6/6/2022 at 9:30 AM before Magistrate Judge Barbara D. Holmes. (kc) (Entered: 04/27/2022) |
| 04/28/2022 | 6 | ORDER: This case is REFERRED to the Magistrate Judge for customized case management in accordance with Local Rule 16.01 and 28 U.S.C. § 636(b)(1)(A). Lead counsel for the parties shall attend the initial case management conference. Signed by Chief Judge Waverly D. Crenshaw, Jr on 4/28/2022. **(DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(kc) (Entered: 04/28/2022) |
| 05/05/2022 | 7 | CERTIFICATE Certificate of Service filed by Jeanne Burton re 3 Notice of Admin Order 217, 2 MOTION to Remand to Bankruptcy Court *(Motion to Refer Case to Bankruptcy Court and Supporting Brief)* filed by Jeanne Burton, 5 Notice of Case |

| | | |
|---|---|---|
| | | Management Conference, 1 Notice of Removal filed by Jeanne Burton, 6 Order, 4 NOTICE/INFORMATION regarding Consent of the Parties to the Magistrate Judge. (Young, Phillip) (Entered: 05/05/2022) |
| 05/12/2022 | 8 | ORDER OF RECUSAL: I hereby recuse myself from further proceedings in this case. Accordingly, the Clerk is directed to reassign this matter to another Magistrate Judge. The initial case management conference scheduled for June 6, 2022 is cancelled to be reset by the newly assigned Magistrate Judge. (Case randomly reassigned to Magistrate Judge Alistair Newbern by the Clerk's Office for all further proceedings.) Signed by Magistrate Judge Barbara D. Holmes on 5/12/2022. (kc) (Entered: 05/13/2022) |
| 05/16/2022 | 9 | NOTICE of Initial Case Management Conference by Telephone is set for 6/28/2022 at 10:30 AM before Magistrate Judge Alistair Newbern. (kc) (Entered: 05/16/2022) |
| 05/16/2022 | 10 | NOTICE of Alias Summons to be Issued as to Afsoon Hagh. (Price, James) (Entered: 05/16/2022) |
| 05/17/2022 | 11 | Summons Reissued as to Afsoon Hagh. (Service pages returned to counsel by regular mail.) (kc) (Entered: 05/17/2022) |
| 06/21/2022 | 12 | NOTICE of Summons to be Issued as to Bretton Keefer. (Attachments: # 1 Attachment Complaint, # 2 Attachment Case Management Order)(Price, James) (Entered: 06/21/2022) |
| 06/23/2022 | 13 | MOTION to Continue by Brian Cummings. (Price, James) (Entered: 06/23/2022) |
| 06/23/2022 | 14 | RESPONSE in Support re 13 MOTION to Continue filed by Jeanne Burton. (Young, Phillip) (Entered: 06/23/2022) |
| 06/24/2022 | 15 | ORDER: On June 23, 2022, Plaintiff Brian Cummings filed a motion to continue the initial case management conference set on June 28, 2022. (Doc. No. 13 ). Defendant Jeanne Burton does not oppose the motion. (Doc. No. 14 .) Accordingly, the motion is GRANTED. The initial case management conference is CONTINUED to August 29, 2022, at 9:30 a.m. Counsel for each party shall call (888) 557-8511 and enter access code 7819165# to participate. Signed by Magistrate Judge Alistair Newbern on 6/24/2022. **(DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(ln) (Entered: 06/24/2022) |
| 06/24/2022 | | Reset Hearing: The Initial Case Management Conference by Telephone is reset for 8/29/2022 at 9:30 AM before Magistrate Judge Alistair Newbern. (ln) (Entered: 06/24/2022) |
| 06/24/2022 | 16 | Summons issued as to Bretton Keefer. Service copies will be returned to counsel by mail. (mg) (Entered: 06/24/2022) |
| 06/27/2022 | | NOTICE TO FILER re DE# 14 : Pursuant to Local Rule 5.01, Certificates of Service shall identify by name the person served, what was served, the method of service, and date of service. Counsel did not include all Counsel on the certificate of service. Please FILE a conformed Certificate of Service for this document. (mg) (Entered: 06/27/2022) |
| 06/27/2022 | 17 | CERTIFICATE Certificate of Service filed by Jeanne Burton re 14 Response in Support of Motion filed by Jeanne Burton. (Young, Phillip) (Entered: 06/27/2022) |
| 06/27/2022 | 18 | MOTION for Extension of Time to File *Service of Process* by Brian Cummings. (Price, James) (Entered: 06/27/2022) |

| | | |
|---|---|---|
| 06/27/2022 | 19 | DECLARATION of James W. Price, Jr. filed by Brian Cummings re: 18 MOTION for Extension of Time to File *Service of Process*. (Price, James) (Entered: 06/27/2022) |
| 06/28/2022 | 20 | ORDER granting 18 Motion for Extension of Time for Service of Process. Service of process due by 9/27/2022. Signed by Magistrate Judge Alistair Newbern on 6/28/2022. **(DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(kc) (Entered: 06/28/2022) |
| 07/05/2022 | 21 | SUMMONS returned executed by Brian Cummings. Bretton Keefer served on 6/30/2022. (Price, James) (Entered: 07/05/2022) |
| 07/25/2022 | 22 | NOTICE of Change of Address by James William Price, Jr (Price, James) (Entered: 07/25/2022) |
| 08/23/2022 | 23 | MOTION to Continue *Case Management Conference* by Brian Cummings. (Price, James) (Entered: 08/23/2022) |
| 08/23/2022 | 24 | MOTION for Leave to Service of Process by U.S. Marshal by Brian Cummings. (Price, James) (Entered: 08/23/2022) |
| 08/23/2022 | 25 | DECLARATION of James W. Price, Jr. filed by Brian Cummings. (Attachments: # 1 Attachment Letter from Attorney Spragens)(Price, James) (Entered: 08/23/2022) |
| 08/24/2022 | 26 | ORDER: The motion to continue the initial case management conference 23 is GRANTED. The initial case management conference is CONTINUED to October 4, 2022, at 10:00 a.m. Counsel for each party shall call (888) 557-8511 and enter access code 7819165# to participate. Signed by Magistrate Judge Alistair Newbern on 8/24/2022. **(DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(kc) (Entered: 08/24/2022) |
| 08/24/2022 | | Reset Hearing per Order 26 : Initial Case Management Conference by Telephone is set for 10/4/2022 at 10:00 AM before Magistrate Judge Alistair Newbern. (kc) (Entered: 08/24/2022) |
| 09/12/2022 | 27 | ORDER: Because it is not clear from Cummings's "Motion for Service of Process on Defendant By U.S. Marshal" which defendant or defendants he wants the Marshal to serve and what steps he has already taken to effect service on those defendants, Cummings's motion 24 is DENIED WITHOUT PREJUDICE to refiling. If Cummings elects to file a second motion, he should ensure that it clearly identifies the relief he requests and the reasons why that relief is appropriate. Signed by Magistrate Judge Alistair Newbern on 9/12/2022. **(DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(kc) (Entered: 09/12/2022) |
| 09/13/2022 | 28 | DECLARATION of James W. Price, Jr. filed by Brian Cummings. (Attachments: # 1 Exhibit Circuit Court Order, # 2 Exhibit Circuit Court Order)(Price, James) (Entered: 09/13/2022) |
| 09/13/2022 | 29 | MOTION FOR SERVICE OF PROCESS ON DEFENDANT BY U.S. MARSHAL AND FOR AN ADDITIONAL 90 DAYS FOR SERVICE re 28 Declaration by Brian Cummings. (Price, James) Modified on 9/14/2022 (kc). (Entered: 09/13/2022) |
| 09/15/2022 | 30 | ORDER: Plaintiff Brian Cummings has filed a renewed motion asking the Court to order the U.S. Marshals Service to effect service of process on Defendant Afsoon Hagh under Federal Rule of Civil Procedure 4(c)(3) and to extend the deadline for service of process under Rule 4(m). 29 . Cummings is ORDERED to file a notice by September |

| | | |
|---|---|---|
| | | 21, 2022, addressing whether his service attempts on Hagh satisfy Tennessee Rule of Civil Procedure 4.04(11) and Federal Rule of Civil Procedure 4(e)(1). Signed by Magistrate Judge Alistair Newbern on 9/15/2022. **(DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(kc) (Entered: 09/15/2022) |
| 09/21/2022 | 31 | MOTION for Leave to Additional Time for Service of Process by Brian Cummings. (Price, James) (Entered: 09/21/2022) |
| 09/21/2022 | 32 | NOTICE by Brian Cummings *of Service Efforts* (Attachments: # 1 Exhibit Order) (Price, James) (Entered: 09/21/2022) |
| 09/21/2022 | 33 | DECLARATION of James W. Price, Jr. filed by Brian Cummings. (Price, James) (Entered: 09/21/2022) |
| 09/21/2022 | 34 | NOTICE of Appearance by Elizabeth S. Tipping on behalf of Brian Cummings (Tipping, Elizabeth) (Entered: 09/21/2022) |
| 09/22/2022 | | TN State Bar status verified as active for Kristen M. Shields, Elizabeth S. Tipping **admitted to this court**. (kc) (Entered: 09/22/2022) |
| 09/30/2022 | 35 | ORDER: Cummings's motions to extend the deadline for service of process on Keefer and Hagh (Doc. Nos. 29 , 31 are GRANTED IN PART. The deadline to effect service of process on Keefer and Hagh is EXTENDED to November 28, 2022. Cummings's motion for an order directing the Marshals Service to effect service of process on Hagh 29 is GRANTED. The Clerk of Court is DIRECTED to reissue a summons to Hagh at the address provided above and forward the summons and a copy of Cummings's pleadings (Doc. No. 1 -1) to the Marshals Service for service of process. The initial case management conference in this matter is set on October 4, 2022. Because it appears that neither Keefer nor Hagh will have appeared in the action by that date, the conference is CANCELLED. Cummings is ORDERED to move to reset the initial case management conference no later than 7 days after Keefer and Hagh have appeared in the action. Signed by Magistrate Judge Alistair Newbern on 9/30/2022. **(DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(kc) (Entered: 09/30/2022) |
| 10/03/2022 | 36 | Summons Reissued as to Afsoon Hagh. (Service packet put in USM's box at intake.) (kc) (Entered: 10/03/2022) |
| 10/17/2022 | 37 | NOTICE of Alias Summons to be Issued as to Bretton Keefer. (Tipping, Elizabeth) (Entered: 10/17/2022) |
| 10/20/2022 | 38 | ALIAS SUMMONS ISSUED as to Bretton Keefer. (Service pages returned to counsel by regular mail.) (kc) (Entered: 10/20/2022) |
| 10/25/2022 | 39 | Summons Returned Unexecuted as to Afsoon Hagh. (kc) (Entered: 10/25/2022) |
| 10/27/2022 | 40 | MOTION to Withdraw as Attorney by Brian Cummings. (Price, James) (Entered: 10/27/2022) |
| 11/04/2022 | 41 | SUMMONS returned executed by Brian Cummings. Bretton Keefer served on 11/1/2022. (Tipping, Elizabeth) (Entered: 11/04/2022) |

| Date | # | Docket Text |
|---|---|---|
| 11/04/2022 | 42 | ORDER granting 40 Motion to Withdraw as Attorney. Attorney James William Price, Jr terminated. Signed by Magistrate Judge Alistair Newbern on 11/4/2022. **(DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(kc) (Entered: 11/07/2022) |
| 11/16/2022 | 43 | MOTION Deem Service Effective re 39 Summons Returned Unexecuted by Brian Cummings. (Attachments: # 1 Exhibit 1 - Plaintiff's Notice of Attorney's Lien, # 2 Exhibit 2 - Trustee's Notice of Attorney's Lien, # 3 Exhibit 3 - Amended Order of Dismissal, # 4 Exhibit 4 - Motion for Status Conference, # 5 Exhibit 5 - Response to Motion for Status Conference, # 6 Exhibit 6 - Reply to Response on Motion for Status Conference, # 7 Exhibit 7 - Surreply on Motion for Status Conference, # 8 Exhibit 8 - Order Altering or Amending 12/16/21 Order, # 9 Exhibit 9 - Order of Voluntary Dismissal filed by Defendant Hagh, # 10 Exhibit 10 - Complaint filed by Defendant Hagh, # 11 Attachment Ali v. Mid-Atlantic Settlement, # 12 Attachment Boles v. Lewis, # 13 Attachment Dixie Rests. v. Philips Consumer, # 14 Attachment US v. Granger) (Tipping, Elizabeth) (Entered: 11/16/2022) |
| 11/16/2022 | 44 | DECLARATION of Elizabeth S. Tipping filed by Brian Cummings re: 43 MOTION Deem Service Effective re 39 Summons Returned Unexecuted . (Tipping, Elizabeth) (Entered: 11/16/2022) |
| 11/25/2022 | 45 | DECLARATION of Robert Capus filed by Brian Cummings re: 43 MOTION Deem Service Effective re 39 Summons Returned Unexecuted . (Attachments: # 1 Attachment Certificate of Service)(Tipping, Elizabeth) (Entered: 11/25/2022) |
| 12/27/2022 | 46 | ORDER: Cummings's motion to deem service effective 43 is DENIED WITHOUT PREJUDICE. Cummings may file a motion for entry of default under Rule 55(a) for the Clerk of Court's consideration or another motion authorized by the Federal Rules. Signed by Magistrate Judge Alistair Newbern on 12/27/2022. **(DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(kc) (Entered: 12/27/2022) |
| 02/10/2023 | 47 | MOTION for Entry of Default as to Bretton Keefer by Brian Cummings. (Tipping, Elizabeth) (Entered: 02/10/2023) |
| 02/10/2023 | 48 | DECLARATION of Elizabeth S. Tipping filed by Brian Cummings re: 47 MOTION for Entry of Default as to Bretton Keefer. (Attachments: # 1 Exhibit 1 - Defense Manpower Data Center Certificate)(Tipping, Elizabeth) (Entered: 02/10/2023) |
| 02/10/2023 | 49 | MOTION for Entry of Default as to Afsoon Hagh by Brian Cummings. (Tipping, Elizabeth) (Entered: 02/10/2023) |
| 02/10/2023 | 50 | MEMORANDUM in Support of 49 MOTION for Entry of Default as to Afsoon Hagh filed by Brian Cummings . (Attachments: # 1 Attachment Ali v Mid-Atlantic, # 2 Attachment Am Clothing v Cloudflare, # 3 Attachment Boles v Lewis, # 4 Attachment Dixie Restaurants v Philips, # 5 Attachment US v Granger, # 6 Attachment Willie McCormick v Lakeshore)(Tipping, Elizabeth) (Entered: 02/10/2023) |
| 02/10/2023 | 51 | DECLARATION of Elizabeth S. Tipping filed by Brian Cummings re: 49 MOTION for Entry of Default as to Afsoon Hagh. (Attachments: # 1 Exhibit A - Defense Manpower Data Center Certificate, # 2 Exhibit B - BPR Manookian Attorney Details, # 3 Exhibit C - Notice of Attorney's Lien, # 4 Exhibit D - Motion for Status Conference, # 5 Exhibit E - Keefer Response, # 6 Exhibit F - Cummings Reply, # 7 Exhibit G - Keefer Sur-Reply, # 8 Exhibit H - Jan 18 2022 Order, # 9 Exhibit I - Shahgoli Order, # 10 Exhibit J |

| | | |
|---|---|---|
| | | - Linthicum Complaint, # 11 Exhibit K - BPR Hagh Attorney Details, # 12 Exhibit L - Manookian Judgment, # 13 Exhibit M - Order Reinstating Temporary Suspension) (Tipping, Elizabeth) (Entered: 02/10/2023) |
| 02/24/2023 | 52 | Joint MOTION Entry of Agreed Order re 47 MOTION for Entry of Default as to Bretton Keefer, 49 MOTION for Entry of Default as to Afsoon Hagh by Brian Cummings. (Attachments: # 1 Attachment Proposed Agreed Order)(Tipping, Elizabeth) (Entered: 02/24/2023) |
| 02/27/2023 | 53 | AGREED ORDER terminating 47 Motion for Entry of Default; terminating 49 Motion for Entry of Default; granting 52 Joint MOTION Entry of Agreed Order. Signed by Magistrate Judge Alistair Newbern on 2/27/2023. **(DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(kc) (Entered: 02/27/2023) |
| 03/03/2023 | 54 | ORDER: On April 26, 2022, Defendant Jeanne Burton, Trustee for the Estate of Cummings Manookian, PLC, moved for the referral of this case to the Honorable Charles M. Walker of the United States Bankruptcy Court for the Middle District of Tennessee. 2 . The parties may file individual responsive briefs of no more than 5 pages no later than noon on March 10, 2023. Signed by Chief Judge Waverly D. Crenshaw, Jr on 3/3/2023. **(DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(kc) (Entered: 03/03/2023) |
| 03/13/2023 | 55 | ORDER: For the reasons stated in this Court's most recent Order 54 and absent timely objection by any party, Burton's Motion 2 is GRANTED. This case hereby is REFERRED to the Honorable Charles M. Walker of the United States Bankruptcy Court for the Middle District of Tennessee. The Clerk shall close this case. Signed by Chief Judge Waverly D. Crenshaw, Jr on 3/10/2023. (kc) (Entered: 03/13/2023) |