Charles M. Walker
U.S. Bankruptcy Judge
Dated: 5/25/2023



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CUMMINGS MANOOKIAN, PLLC, | ) | CASE NO: 3:19-bk-07235 |
| | ) | Chapter 7 |
| Debtor. | ) | Honorable Charles M. Walker |
| | ) | |
| BRIAN CUMMINGS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 3:23-ap-90036 |
| | ) | |
| BRETTON KEEFER, on behalf of the deceased, CHESTA SHOEMAKER, AFSOON HAGH, and JEANNE BURTON, Trustee on behalf of Cummings Manookian, PLC, | ) | |
| Defendants. | ) | |

**ORDER SCHEDULING EVIDENTIARY HEARING REGARDING
MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY PENDING
MEDIATION AND ARBITRATION FILED ON BEHALF OF DEFENDANTS
BRETTON KEEFER AND AFSOON HAGH**

THIS MATTER before the Court is on Defendants' Bretton Keefer and Afsoon Hagh's Motion to Dismiss, or in the Alternative, to Stay this Adversary Proceeding pending Mediation and Arbitration. After review of the Defendants' pleading, the Court being duly advised,

IT IS HEREBY ORDERED that:

(1) An evidentiary hearing is set for the presentation of the motion, objections, and responses on <u>Wednesday, August 30, 2023, at 11:00 a.m.</u>

(2) Any objections related to the scope of the hearing to be considered by the Court must be filed by <u>July 19, 2023</u>. Responses must be filed by <u>August 2, 2023</u>. Replies must be filed by <u>August 9, 2023</u>.

(3) Witness and exhibit lists must be filed no later than <u>August 16, 2023</u>.

(4) All parties and/or counsel must appear in person on the above scheduled date and time in Courtroom 2, Second Floor, Customs House, 701 Broadway, Nashville, Tennessee.

(5) Presentation of evidence and argument is subject to applicable Federal and Local Rules.

***This order was signed and entered electronically as indicated at the top of this page.***

This Order has been electronically signed.  The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.