IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>CUMMINGS MANOOKIAN, PLLC,<br><br>Debtor.<br><br>BRIAN CUMMINGS,<br><br>Plaintiff,<br><br>v.<br><br>BRETTON KEEFER; JEANNE BURTON, TRUSTEE; and AFSOON HAGH,<br><br>Defendants. | Case No, 3:19-bk-07235<br>Chapter 7<br>Judge Walker<br><br>Adv. Proc. No. 3:23-ap-90036 |

**BRETTON KEEFER AND AFSOON HAGH'S
NOTICE OF APPEAL AND STATEMENT OF ELECTION**

Bretton Keefer and Afsoon Hagh ("Appellants"), through counsel, give notice of their appeal from the Bankruptcy Court's September 6, 2023 Order (Doc. 20, signed September 5, 2023). In furtherance of the same, Appellants state as follows.

**Part 1: Identity of Appellant**

1. The name of the Appellants are Bretton Keefer and Afsoon Hagh. Appellants are individually named defendants in the adversary proceeding brought by Brian Cummings.

**Part 2: Subject of the Appeal**

2. Appellants appeal from the Court's Order Denying Appellants' Motion to Dismiss or, in the Alternative, to Stay Pending Mediation and Arbitration (Doc. 20). The Order was electronically signed on September 5, 2023 and entered on the docket by the Clerk on September 6, 2023.

**Part 3: Parties to the Appeal**

3. The names of the Parties to the Order appealed from as well as the contact information for their attorneys are:

    a. Afsoon Hagh
       Bretton Keefer
       John Spragens
       Spragens Law PLC
       311 22nd Ave. N.
       Nashville, TN 379203
       (615) 983-8900 (T)
       john@spragenslaw.com

    b. Brian Cummings
       Elizabeth Tipping
       Counterpoint Legal, PLC
       2689 Union Hill Road
       Joelton, TN 37080
       (615) 426-5566 (T)
       liz@counterpointlaw.com

    c. Debtor Cummings Manookian,
       Jay R. Lefkovitz
       Lefkovitz & Lefkovitz, PLLC
       312 East Broad Street, Suite A
       Cookeville, TN 38501
       (931) 528-5297 (T)
       931-526-6244 (F)
       JLefkovitz@lefkovitz.com

    d. Trustee Jeanne Anne Burton
       Phillip Young
       One Franklin Park

      6100 Tower Circle, Suite 200
      Franklin, TN 37067
      (615) 465-6008 (T)
      phillip@thompsonburton.com

e. Creditor Grant, Konvalinka & Harrison, P.C.,
    John P. Konvalinka
    Grant, Konvalinka & Harrison, P.C.
    633 Chestnut Street Suite 900 Republic Centre
    Chattanooga, TN  37450-0900
    (423) 756-8400 (T)
    (423) 756-6518 (F)
    jkonvalinka@gkhpc.com

f. Creditor D.F. Chase, Inc.
    Daniel Puryear
    Puryear Law Group
    104 Woodmont Boulevard, Suite 201
    Nashville, TN 37205
    (615) 255-4859 (T)
    (615) 630-6602 (F)
    dpuryear@puryearlawgroup.com

**Part 4: Election to have appeal heard by District Court**

4. Appellants elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

Date:  September 8, 2023                       Respectfully submitted,

                                                    */s/ John Spragens*
                                                    John Spragens (TN Bar No. 31445)
                                                    Spragens Law PLC
                                                    311 22nd Ave. N.
                                                    Nashville, TN 37203
                                                    T: (615) 983-8900
                                                    F: (615) 682-8533
                                                    john@spragenslaw.com

                                                    *Attorney for Bretton Keefer and Afsoon Hagh*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing was filed September 6, 2023 and served electronically upon all parties in interest or their counsel as indicated on the receipt issued by the Court's electronic filing system.

                                                    _/s/ John Spragens_