IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CUMMINGS MANOOKIAN, PLLC, | ) | Case No. 3:19-bk-07235 |
|     Debtor. | ) | Chapter 7 |
| | ) | Judge Walker |
| BRIAN CUMMINGS, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 3:23-ap-90036 |
| | ) | |
| BRETTON KEEFER; JEANNE | ) | |
| BURTON, TRUSTEE; and AFSOON | ) | |
| HAGH, | ) | |
|     Defendants. | ) | |

## APPELLEE BRIAN CUMMINGS' DESIGNATION OF
## ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL

Comes now, Appellee Brian Cummings, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, and hereby designates the following additional items to be included in the record on Bretton Keefer and Afsoon Hagh's appeal of the Bankruptcy Court's Order Denying Motion to Dismiss or, in the Alternative, to Stay Pending Mediation and Arbitration Filed on Behalf of Defendants Bretton Keefer and Afsoon Hagh (Doc. 20) entered in the above captioned case on September 6, 2023.

### DESIGNATION OF ADDITIONAL ITEMS
### TO BE INCLUDED IN THE RECORD OF APPEAL

| Case No. | Date | Docket No. | Description |
|---|---|---|---|
| 23-ap-90036 | 3/13/23 | 1 | District Court Order referring case to United States Bankruptcy Court for the Middle District of Tennessee |
| 23-ap-90036 | 3/30/23 | 5 | Record transferred from United State District Court for the Middle District of Tennessee |
| 23-ap-90036 | 4/3/23 | 7 | Notice of Brett Keefer and Afsoon Hagh of Objection to Remand and Intent to Seek Relief |

| | | | |
|---|---|---|---|
| 23-ap-90036 | 5/4/23 | 9 | Motion to Dismiss or, in the Alternative, to Stay Pending Mediation and Arbitration Filed on Behalf of Defendants Bretton Keefer and Afsoon Hagh |
| 23-ap-90036 | 5/25/23 | 10 | Order Scheduling Evidentiary Hearing Regarding Motion to Dismiss or, in the Alternative, to Stay Pending Mediation and Arbitration Filed on Behalf of Defendants Bretton Keefer and Afsoon Hagh |
| 23-ap-90036 | 8/2/23 | 12 | Response in Opposition to Motion to Dismiss |
| 23-ap-90036 | 8/16/23 | 13 | Brian Cummings' Witness and Exhibit List for August 30, 2023 Hearing on Motion to Dismiss or, in the Alternative, to Stay Pending Mediation and Arbitration Filed on Behalf of Defendants Bretton Keefer and Afsoon Hagh |
| 23-ap-90036 | 9/6/23 | 20 | Order Denying Motion to Dismiss or, in the Alternative, to Stay Pending Mediation and Arbitration Filed on Behalf of Defendants Bretton Keefer and Afsoon Hagh |
| 23-ap-90036 | | | Transcript (forthcoming) of August 30, 2023 Hearing on Motion to Dismiss or, in the Alternative, to Stay Pending Mediation and Arbitration Filed on Behalf of Defendants Bretton Keefer and Afsoon Hagh |
| 20-ap-90002 | 1/8/20 | 1 | Complaint |

Respectfully Submitted,

**NEAL & HARWELL, PLC**

By: /s/ Elizabeth S. Tipping
Elizabeth S. Tipping, No. 023066
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
(615) 244-1713
etipping@nealharwell.com

*Counsel for Appellee Brian Cummings*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was electronically filed and served via the Court's ECF system this, the 3rd day of October, 2023.

/s/ Elizabeth S. Tipping
Elizabeth S. Tipping,

2