**SO ORDERED.**
**SIGNED 28th day of January, 2025**



**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

        **Charles M. Walker**
        **U.S. Bankruptcy Judge**

IN THE UNITED STATTES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No: 3:19-bk-07235 |
| Cummings Manookian, PLLC, | ) | Chapter 7 |
| | ) | Honorable Charles M. Walker |
| Debtor. | ) | |
| ———————————————— | ) | |
| | ) | |
| Brian Cummings, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adv. Proceeding: 3:23-ap-90036 |
| | ) | |
| Bretton Keefer, on behalf of the deceased, | ) | |
| Chesta Shoemaker, Afsoon Hagh, and | ) | |
| Jeanne Burton, Trustee, on behalf of | ) | |
| Cummings Manookian, PLC, | ) | |
| | ) | |
| Defendants. | ) | |
| ———————————————— | ) | |

**ORDER SCHEDULING STATUS CONFERENCE**

  THIS MATTER is before the Court to discuss the status of further administration and

future pleadings in this case.

  IT IS HEREBY ORDERED that:

(1) A scheduling conference and status hearing is set for **Wednesday, March 5, 2025, at**

   **11:00 a.m., Courtroom 2, Second Floor, Customs House, 701 Broadway, Nashville,**

   **Tennessee.**

(2) All parties and/or counsel may appear in person or virtually via Zoom. Please refer to the Court's website for instructions to register to appear virtually.

(3) Failure to appear and participate in the scheduling conference may result in litigation sanctions in the form of a waiver of any objection to or continuance of the established administration dates and deadlines related hereto.

*__THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS__*
*__INDICATED AT THE TOP OF THE FIRST PAGE__*