**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| **IN RE:** | **Case No. 3:19-bk-07235** |
| | **Chapter 7** |
| **CUMMINGS MANOOKIAN, PLLC** | **Judge Walker** |
| Debtor. | **Adv. Proc. No. 3:23-ap-90036** |
| **BRIAN CUMMINGS,** | |
| Plaintiff, | |
| v. | |
| **BRETTON KEEFER, JEANNE BURTON, and AFSOON HAGH** | |
| Defendants. | |

**DEFENDANT AFSOON HAGH'S
STATEMENT OF UNDISPUTED MATERIAL FACTS**

1.  Hagh Law PLLC is a professional limited liability company organized under the laws of Tennessee.
Ex. 2, 2021 Agreement 1; Complaint ¶ 4.1

   **Response:**

2.  Afsoon Hagh is an attorney licensed to practice in Tennessee and is a member of Hagh Law PLLC.
Ex. 2 1; Complaint ¶ 4.1

   **Response:**

1

3.     Plaintiff Brian Cummings is an attorney and former member of Cummings Manookian, PLC.
Complaint ¶ 3, 7.1

**Response:**

4.     The legal services at issue were performed in the case Bretton Keefer, on behalf of the deceased Chesta Shoemaker v. Vanderbilt University Medical Center, Docket No. 19C358, in the Circuit Court for Davidson County, Tennessee (the "Shoemaker Matter").
Complaint ¶ 3.1

**Response:**

5.     In 2017, Cummings Manookian entered into an Attorney-Client Agreement with Bretton Keefer regarding the Shoemaker Matter.
Complaint ¶ 11.1

**Response:**

6.     Brian Cummings drafted the 2017 Attorney-Client Agreement.
Complaint ¶ 11 1; Cummings Aff.

**Response:**

7.     The 2017 Agreement contains a "Termination" clause stating that if the client terminates the firm, the firm is entitled to a "reasonable fee."
2017 Agreement.1

**Response:**

8.     The 2017 Agreement contains a "Withdrawal" clause stating that "A 'withdrawal' by this firm does not relieve you of the responsibility to pay advanced costs."
2017 Agreement.1

2

**Response:**


9.      The "Withdrawal" clause in the 2017 Agreement does not state that the firm is entitled to an attorney's fee upon voluntary withdrawal.
2017 Agreement.1

**Response:**


10.     On October 2, 2020, Brian Cummings sent a letter to Bretton Keefer and Afsoon Hagh stating: "I am writing to communicate that, effective today, I am withdrawing as co-counsel in this matter."
Withdrawal Letter.1

11.     In the Withdrawal Letter, Mr. Cummings cited "strained" relationships and "personal conflict" as the reasons for withdrawal.
Withdrawal Letter.1

12.     Mr. Cummings filed a Motion to Withdraw as Counsel in the Shoemaker matter, which was granted by the Circuit Court on November 20, 2020.
Complaint ¶ 18-19.1

13.     Mr. Cummings was not discharged by Bretton Keefer; he voluntarily initiated the withdrawal.
Complaint ¶ 15 1; Withdrawal Letter.1

14.     The Shoemaker matter settled in October 2021, approximately one year after Mr. Cummings voluntarily withdrew.
Complaint ¶ 22.1

15.     On April 26, 2021, Bretton Keefer executed an "Updated Legal Representation and Engagement" agreement with Hagh Law and Edwards Kirby.
Ex. 2.1

16.     The 2021 Agreement identifies the legal counsel explicitly as "Hagh Law" and "Edwards Kirby."
Ex. 2.1

3

17.     Afsoon Hagh signed the 2021 Agreement on behalf of Hagh Law.
Ex. 2.1

18.     The 2021 Agreement provides that contingency fees are to be paid to "Hagh Law" and "John Edwards or Edwards Kirby," not to Afsoon Hagh individually.
Ex. 2.1

E.      Procedural History and Lack of Discovery
19.     Plaintiff Brian Cummings has served no interrogatories on Defendant Afsoon Hagh in this proceeding.
Docket Record.1

20.     Plaintiff Brian Cummings has taken no depositions in this proceeding.
Docket Record.1

21.     Plaintiff Brian Cummings has served no requests for production of documents on Defendant Afsoon Hagh in this proceeding.
Docket Record.1

22.     Mr. Cummings has already received reimbursement for the litigation expenses he advanced in the Shoemaker matter.
Complaint ¶ 39 1 (acknowledging costs); 2017 Agreement.1

23.     Plaintiff has alleged no facts in the Complaint asserting that Hagh Law PLLC is a sham entity or undercapitalized.
Complaint.1

Date: January 23, 2026                    Respectfully submitted,


                                          */s/ John Spragens*
                                          John Spragens (TN Bar No. 31445)
                                          Spragens Law PLC
                                          915 Rep. John Lewis Way S
                                          Suite 100, Nashville, TN 37203
                                          T: (615) 983-8900
                                          F: (615) 682-8533
                                          john@spragenslaw.com

Case 3:23-ap-90036    Doc 57-1    Filed 01/23/26    Entered 01/23/26 23:48:03    Desc
Exhibit Statement of Undisputed Material Facts    Page 4 of 5

*Attorney for Bretton Keefer and*
*Afsoon Hagh*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing was filed January 23, 2026 and served electronically upon all parties in interest or their counsel as indicated on the receipt issued by the Court's electronic filing system.

*/s/ John Spragens*

Case 3:23-ap-90036   Doc 57-1   Filed 01/23/26   Entered 01/23/26 23:48:03   Desc
Exhibit Statement of Undisputed Material Facts    Page 5 of 5