| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CUMMINGS MANOOKIAN, PLLC, | ) | Case No. 3:19-bk-07235 |
|     Debtor. | ) | Chapter 7 |
| | ) | Judge Walker |
| BRIAN CUMMINGS, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 3:23-ap-90036 |
| | ) | |
| BRETTON KEEFER; JEANNE | ) | |
| BURTON, TRUSTEE; and AFSOON | ) | Hearing Date: August 30, 2023 |
| HAGH, | ) | at 11:00 a.m. |
|     Defendants. | ) | |

## BRIAN CUMMINGS' WITNESS AND EXHIBIT LIST FOR MARCH 25, 2026 EVIDENTIARY HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS BRETTON KEEFER AND AFSOON HAGH

Comes now Plaintiff Brian Cummings, by and through undersigned counsel, and hereby gives notice of the witnesses he may call and exhibits he may introduce at the March 25, 2026 evidentiary hearing on the amount of fees to be awarded pursuant to Plaintiff's Motion for Default Judgment Against Defendants Bretton Keefer and Afsoon Hagh (Doc. 54) which this Court granted in its Order Granting Motion for Default Judgment and Denying Motion for Leave to File Answers Instanter (Doc. 95):

### WITNESS LIST

1.    Brian Cummings, c/o Elizabeth S. Tipping, Womble Bond Dickinson (US) LLP, 1222 Demonbreun Street, Suite 1201, Nashville, TN 37203, (629) 250-3388. If called to testify, and to the extent these matters are not already deemed admitted by Defendants by virtue of their default, Mr. Cummings will testify regarding the parties' agreement to hold the attorney's fees from the case of *Keefer v. Vanderbilt University Medical Center*, Case No. 19C358 in the Circuit

Court for Davidson County, Tennessee (the "*Shoemaker* matter"), in escrow pending resolution of Mr. Cummings' claim; the recognition by Defendants and their agents that Mr. Cummings' attorney's lien attached to the attorney's fees from the *Shoemaker* matter and to the escrow account in which the fees were deposited; the requests sent to Mr. Cummings for his consent to release portions of the settlement in the *Shoemaker* matter; Mr. Cummings' communications with Bretton Keefer; Mr. Cummings' representation of Mr. Keefer in the *Shoemaker* matter; Mr. Cummings' relationship with Afsoon Hagh and Brian Manookian; the formation and operation of Cummings Manookian PLC; Mr. Cummings' withdrawal as a member of Cummings Manookian PLC; the division of fees in cases that began at Cummings Manookian PLC but that resolved after Mr. Cummings' withdrawal from that firm; Mr. Cummings' communications with Ms. Hagh; Mr. Cummings' communications with Mr. Manookian; Ms. Hagh's involvement in the *Shoemaker* matter during Mr. Cummings' representation; Mr. Manookian's involvement in the *Shoemaker* matter during Mr. Cummings' representation; the work performed in the *Shoemaker* matter; Mr. Cummings' claim to a fee in the *Shoemaker* matter; the opinions set forth in Mr. Cummings' expert report served January 23, 2026; the facts and circumstances relevant to the factors to be considered in determining the reasonableness of attorney's fees; and the reputations of the attorneys involved in the *Shoemaker* matter.

2. <u>David Randolph Smith, DRS Law, 1913 21ˢᵗ Avenue South, Nashville, TN 37212, (615) 742-1775</u>. If called to testify, Mr. Smith will testify regarding the opinions set forth in Mr. Smith's expert report served January 23, 2026; the facts and circumstances relevant to the factors to be considered in determining the reasonableness of attorney's fees; and the reputations of the attorneys involved in the *Shoemaker* matter.

WBD (US) 4903-3023-4010

3.      Brian Cummings reserves the right to call the witnesses identified by any other party and any other witnesses needed to rebut evidence offered by any other party.

### EXHIBIT LIST

1.      All documents previously filed with the Court in this adversary proceeding, in the adversary proceeding filed by the Trustee against Hagh Law, PLLC, Afsoon Hagh, Manookian, PLLC, and First-Citizens Bank & Trust Company (Adv. Proc. No. 3:20-ap-90002), or in the Cummings Manookian, PLLC bankruptcy case (Case No. 3:19-bk-07235), including orders, appellate opinions, pleadings, and other filings.

2.      Transcript from the trial conducted by this Court on December 9-10, 2025 in the adversary proceeding filed by the Trustee against Hagh Law, PLLC, Afsoon Hagh, Manookian, PLLC, and First-Citizens Bank & Trust Company (Adv. Proc. No. 3:20-ap-90002).

3.      All documents filed in the matter of *Keefer v. Vanderbilt University Medical Center*, Case No. 19C358 in the Circuit Court for Davidson County, Tennessee, including orders, pleadings, and other filings.

4.      All documents filed in the matter of *Chase et al. v. Cummings Manookian PLC et al.*, Case No. 2019-221 in the Circuit Court for Williamson County, Tennessee, including orders, pleadings, and other filings.

5.      All documents filed in the matter of *Doe (Salas) v. Rosdeutscher et al.*, Case No. 21C2305 in the Circuit Court for Davidson County, Tennessee, including orders, appellate opinions, pleadings, and other filings.

6.      All documents filed in the matter of *Salas v. Rosdeutscher et al.*, Case No. 18C1229 in the Circuit Court for Davidson County, Tennessee, including orders, appellate opinions, pleadings, and other filings.

3

7. All documents filed in the matter of *Moody et al. v. Spragens et al.*, Case No. 24C503 in the Circuit Court for Davidson County, Tennessee, including orders, pleadings, and other filings.

8. All documents filed in the matters of *In re: Manookian*, Case Nos. 2017-2805-5-WM and 2018-2914-5-WM-12.3 before the Board of Professional Responsibility of the Supreme Court of Tennessee and subsequent appeals and petitions for review, including orders, appellate opinions, pleadings, and other filings.

9. Motions to Withdraw filed by Brian Manookian in the following matters:

   a. *DiDomenico v. Witt*, Case No. 71897 / 72649 in the Circuit Court for Rutherford County, Tennessee.

   b. *Hanna v. Hayslett et al.*, Case No. 18C1865 in the Circuit Court for Davidson County, Tennessee.

   c. *Long v. HCA Health Services of Tennessee, Inc. d/b/a Centennial Medical Center et al.*, Case No. 16-C-2567 in the Circuit Court for Davidson County, Tennessee.

   d. *Ruffino et al. v. Archer et al.*, Case No. 3:17-cv-00725 in the United States District Court for the Middle District of Tennessee.

   e. *Thompson et al. v. Sidrys et al.*, Case No. 2016CV109 in the Circuit Court for Putnam County, Tennessee.

   f. *Vernon v. Mishra et al.*, Case No. 16C2527 in the Circuit Court for Davidson County, Tennessee.

10. April 19, 2017 Attorney-Client Agreement between the Debtor, Edward Goodwin, and Brett Keefer.

11. Correspondence, including letters, emails, text messages, and any attachments or enclosures to such correspondence, involving Mr. Cummings and any one or more of the following: Mr. Keefer, Mr. Manookian, Ms. Hagh, counsel for Vanderbilt University Medical

4

Center in the *Shoemaker* case, Craig Gabbert, attorneys at Edwards Kirby, John Perry, Bob Trentham, or experts retained in the *Shoemaker* matter.

12.     Amended and Restated Amended Operating Agreement of Cummings Manookian, P.L.C., dated January 30, 2017.

13.     Handwritten notes of Brian Cummings dated October 1, 2020.

14.     Brian Cummings' Expenses Memo for the *Shoemaker* matter, along with backup documentation of expenses paid by Mr. Cummings.

15.     List of Depositions taken in the *Shoemaker* matter.

16.     Time estimate of work performed on behalf of Mr. Keefer in the *Shoemaker* matter.

17.     Documents from Secretary of State concerning Hagh Law PLLC.

18.     CVs of Brian Cummings and David Randolph Smith.

19.     Brian Cummings reserves the right to introduce any exhibits identified by any party and any exhibits needed to rebut evidence offered by any party.

Respectfully Submitted,

**WOMBLE BOND DICKINSON (US) LLP**

By:     /s/ Elizabeth S. Tipping
Elizabeth S. Tipping, No. 023066
1222 Demonbreun Street, Suite 1201
Nashville, TN 37203
(629) 250-3388
Liz.Tipping@wbd-us.com
*Counsel for Plaintiff Brian Cummings*

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that a copy of the foregoing document was electronically filed and served via the Court's ECF system this, the 24th day of March, 2026.

/s/ Elizabeth S. Tipping
Elizabeth S. Tipping

5